UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BAI MAYSON GBALA,                                   CIVIL NO. 06-3774 (RHK/JSM)

    Petitioner,

v.                                                                              ORDER

UNITED STATES DEPT OF HOMELAND
SECURITY IMMIGRATION & CUSTOMS
ENFORCEMENT,

    Respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated November 30, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Petitioner's application to proceed in forma pauperis, (Docket No. 2), is **DENIED** as moot; and

2. This action is summarily **DISMISSED WITHOUT PREJUDICE**.

Dated: 12/29/06

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge